**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-cv-80880-LEIBOWITZ**

DOE 1, *et al.,*

     *Plaintiffs,*

*v.*

**UNITED STATES OF AMERICA,**

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Expedited Motion for a second extension of time by which the United States must answer a now yet-to-be-filed Third Amended Complaint [ECF No. 51] (the "Motion"), filed on August 22, 2025.   In the Motion, the parties ask the Court to extend the deadlines for the Government's response to the Second Amended Complaint (which is due today), because Plaintiffs intend to amend the complaint a third time to add an additional ten (10) Jane Does. [*Id.* ¶ 5].   Upon due consideration, it is hereby

**ORDERED AND ADJUDGED** as follows.

1.      The Motion [**ECF No. 51**] is **GRANTED IN PART**.

2.      Plaintiffs must file a motion for leave to amend the Second Amended Complaint in accordance with S.D. Loc. R. 15.1 or obtain Defendant's written consent in compliance with Federal Rule of Civil Procedure 15(a)(2) **no later than September 15, 2025**.

3.      If the motion for leave to amend is granted or if the required written consent is obtained, the Government shall file its response to the Third Amended Complaint **no later than September 30, 2025.**

4.      The parties must file their Certificates of Interested Parties **no later than September 15, 2025.**

5.     The parties must file a Joint Scheduling Report in accordance with Local Rule 16.1 **no later than October 7, 2025**

**NO FURTHER EXTENSIONS WILL BE ALLOWED.**

**DONE AND ORDERED** in the Southern District of Florida on August 25, 2025.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record