UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:25-CV-80880 LEIBOWITZ

JANE DOE 1, *et al.*,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

    NOTICE IS HEREBY GIVEN to the Court and all counsel of record that the above captioned case has been reassigned from AUSA Marlene Rodriguez to AUSA John S. Leinicke. AUSA Leinicke hereby enters his appearance as counsel on behalf of the United States. Please address all further pleadings and orders to the counsel now assigned to this matter.

    Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 64927
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9212
E-mail: john.leinicke@usdoj.gov

*Counsel for Defendant United States*