UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:25-CV-80880 LEIBOWITZ

JANE DOE 1, *et al.*,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### UNITED STATES' NOTICE OF APPEARANCE

    NOTICE IS HEREBY GIVEN to the Court and all counsel of record that the undersigned has been added as a counsel of record for the Defendant United States. AUSA Steven R. Petri hereby enters his appearance as cocounsel on behalf of the United States. Please include the undersigned in addressing all further pleadings and orders.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By: *Steven R. Petri*
    STEVEN R. PETRI
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. A5500048
    United States Attorney's Office
    500 E. Broward Blvd., Suite 700
    Ft. Lauderdale, FL 33394
    Tel: (954) 660-5799
    E-mail: steve.petri@usdoj.gov

*Counsel for Defendant United States*