UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:25-CV-80880-Leibowitz

JANE DOE 1, *et al.*,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant United States of America, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and states the following:

Pursuant to the Court's Order (DE 52), the persons and entities having a financial interest in the outcome of this case are:

1. The Department of Justice through its component the Federal Bureau of Investigation (FBI), which is a federal agency with no affiliated or parent corporations;

2. The U.S. Department of the Treasury, which is a federal agency with no affiliated or parent corporations;

3. Plaintiffs; and

4. Plaintiffs' counsel.

Dated: August 29, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Steven R. Petri*
STEVEN R. PETRI
Assistant United States Attorney
Federal Bar No. A5500048
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel: (954)660-5799
Email: Steve.Petri@usdoj.gov

By:   */s/ John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 64927
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9212
E-mail: john.leinicke@usdoj.gov

*Counsel for Defendant United States*