UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:25-CV-80880-LEIBOWITZ

JANE DOE 1, *et al.*,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs hereby file its Certificate of Interested Persons and Corporate Disclosure Statement, and states the following:

Pursuant to the Court's Order (DE 52), the persons and entities having a financial interest in the outcome of this case are:

1. Plaintiffs;

2. Plaintiffs' counsel;

3. The Department of Justice through its component the Federal Bureau of Investigation (FBI), which is a federal agency with no affiliated or parent corporations; and

4. The U.S. Department of the Treasury, which is a federal agency with no affiliated or parent corporations.

Dated:  August 29, 2025

                Respectfully Submitted

By:   /s/Todd J. Michaels, Esq

Todd J. Michaels, Esq.
The Haggard Law Firm
*Attorneys for Plaintiffs*
330 Alhambra Circle
Coral Gables, FL. 33134
Office: (305) 446-5700
Cell: (305) 775-0339
Fax: (305) 446-1154
Email: tmichaels@haggardlawfirm.com

By:   /s/ Jordan Merson, Esq

Jordan Merson, Esq.
Jennifer Plotkin, Esq.
Merson Law, PLLC
*Attorneys for Plaintiffs*
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 603-9100
Facsimile : (347) 441-4171
Email : jmerson@mersonlaw.com
Email : jplotkin@mersonlaw.com