## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE 1 et. al,  *Plaintiffs*,  v.  UNITED STATES OF AMERICA  *Defendant*. | Civ. Act. No: 9:25-cv-80880 |

### PLAINTIFFS' CONSENT MOTION TO FILE THIRD AMENDED COMPLAINT

Plaintiffs, through undersigned counsel, and after conferring with counsel for the United States of America and obtaining written consent from the Defendant, move pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to amend the Second Amended Complaint and file the Third Amended Complaint.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certify that they conferred with all parties who are affected by the relief sought and the parties are in agreement and the United States of America has provided written consent in compliance with FRCP 15(a)(2).

Date: September 15, 2025

2

By: /s/Jennifer C. Plotkin
Jennifer Plotkin, Esq.
*Attorneys for Plaintiffs*
Merson Law, PLLC
950 Third Avenue, 18th Floor.
New York, New York 10022
Telephone: (212) 603-9100
Email: jplotkin@mersonlaw.com


By: /s/Todd J. Michaels, Esq

Todd J. Michaels, Esq.
The Haggard Law Firm
Attorneys for Plaintiffs
330 Alhambra Circle
Coral Gables, FL. 33134
Office: (305) 446-5700
Cell: (305) 775-0339
Fax: (305) 446-1154
Email: tmichaels@haggardlawfirm.com