UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80880-LEIBOWITZ

JANE DOE, *et al.,*
    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,
    *Defendant.*

_____/

### ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Consent Motion for Leave to File Third Amended Complaint [ECF No. 59] (the "Motion"), filed on September 15, 2025. Defendant has given its written consent to the amendment as provided by Federal Rule of Civil Procedure 15(a)(2). [*Id.* at 1]. Accordingly, upon due consideration, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 59**] is **GRANTED**. Plaintiff must file the Third Amended Complaint [ECF No. 59-1] **no later than Tuesday, September 23, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on September 16, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record