## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE 1 et. al,<br>　　　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>　　　　　*Defendant*. | Civ. Act. No: 9:25-cv-80880 |

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION

Plaintiffs, through undersigned counsel, and after conferring with counsel for the United States of America and obtaining written consent from the Defendant, move for an extension of time of one week to October 15, 2025 to file opposition to the Government's Motion to Dismiss.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certify that they conferred with all parties who are affected by the relief sought and the parties are in agreement and the United States of America has provided written consent in compliance with FRCP 15(a)(2).

Date: October 6, 2025

By:    /s/Jennifer C. Plotkin
      Jennifer Plotkin, Esq.
      *Attorneys for Plaintiffs*
      Merson Law, PLLC
      950 Third Avenue, 18th Floor.
      New York, New York 10022
      Telephone: (212) 603-9100
      Email: jplotkin@mersonlaw.com

By:    /s/Todd J. Michaels, Esq
      Todd J. Michaels, Esq.
      The Haggard Law Firm
      Attorneys for Plaintiffs
      330 Alhambra Circle
      Coral Gables, FL. 33134 Office:
      (305) 446-5700
      Cell: (305) 775-0339
      Fax: (305) 446-1154
      Email: tmichaels@haggardlawfirm.com