UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80880-LEIBOWITZ

JANE DOE 1, *et al.*,
    *Plaintiffs,*
v.

UNITED STATES OF AMERICA,
    *Defendant.*
_____/

### ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Consent Motion for Extension [ECF No. 68] (the "Motion"), filed on October 6, 2025. In the Motion, Plaintiffs seek additional time, up to and including October 15, 2025, to respond to Defendant's Motion to Dismiss the Complaint [ECF No. 62]. [ECF No. 68 at 1]. Plaintiffs further represent that Defendant does not oppose the relief requested. [*Id.*]. Accordingly, upon due consideration and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 68**] is **GRANTED**. Plaintiffs shall respond to the Motion to Dismiss [ECF No. 62] **no later than October 15, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2025.

                                            DAVID S. LEIBOWITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record