UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:25-cv-80880-LEIBOWITZ/MCCABE

JANE DOE 1, *et al.,*

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendant.*

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Defendant United States of America's Motion to Dismiss Plaintiffs' Third Amended Complaint [ECF No. 62], filed on September 24, 2025. Upon due consideration, the Motion [ECF No. 62] is hereby referred to **United States Magistrate Judge Ryon M. McCabe** for a report and recommendation consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. Judge McCabe may schedule any hearing he believes would be helpful to his resolution of the pending motion.

**DONE AND ORDERED** in the Southern District of Florida this October 16, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record