UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:25-cv-80880-LEIBOWITZ/MCCABE

JANE DOE 1, *et al.*,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendant.*
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Strike [ECF No. 74], which is related to Defendant United States of America's Motion to Dismiss Plaintiffs' Third Amended Complaint [ECF No. 62], referred to United States Magistrate Judge Ryon M. McCabe for a report and recommendation consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [*See* ECF No. 72]. Because Plaintiffs' Motion to Strike raises issues previously referred to Judge McCabe, the Court hereby refers **ECF No. 74** to Judge McCabe for resolution.

**DONE AND ORDERED** in the Southern District of Florida on October 30, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record