UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80880-LEIBOWITZ/MCCABE

JANE DOE 1, *et al.*,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendants*
_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Extension of Time to File Objections to the Report and Recommendation [ECF No. 80]. Upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 80**] is **GRANTED**. Objections to the Report and Recommendation [ECF No. 79] are due **no later than January 19, 2026.**

**DONE AND ORDERED** in the Southern District of Florida on December 22, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record