**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JANE DOE 1 et al., *Plaintiffs*, v. UNITED STATES OF AMERICA, *Defendant*. | Civ. Act. No: 9:25-cv-80880 |

**NOTICE OF STRIKING DE NO. 85 TO REFILE UNDER CORRECT FILING HEADING**

Plaintiffs JANE DOE 1 et al., by and through their undersigned counsel, hereby file this Notice of Striking DE No. 85. Plaintiff mistakenly filed "Plaintiffs' Objections to Magistrate Court's Report and Recommendations" [DE 85] on February 2, 2026, as a "Response" and not, as it should have been, an "Objection". A corrected version of this document has been filed on the docket at DE No. 86 as an Objection. Based on the foregoing, Plaintiffs' respectfully request DE No. 85 to be stricken from the docket and that the original date of filing of the Response, February 2, 2026, be preserved.

///

///

///

///

///

///

///

Dated: February 3, 2026

Respectfully submitted,

*/s/ Jordan K. Merson, Esq.*
Jordan K. Merson, Esq.
Jennifer C. Plotkin, Esq.
Samuel A. Martin, Esq.
MERSON LAW, PLLC
950 Third Avenue
New York, New York 10022
Tel: (212) 603-9100
jmerson@mersonlaw.com
jplotkin@mersonlaw.com
smartin@mersonlaw.com


*/s/ Todd J. Michaels, Esq.*
Todd J. Michaels, Esq.
THE HAGGARD LAW FIRM
330 Alhambra Circle
Coral Gables, FL 33134
Tel: (305) 446-5700
TJM@haggardlawfirm.com


*Counsel for Plaintiffs*

2