**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-80880-LEIBOWITZ/MCCABE**

**JANE DOE 1,** *et al.,*

      *Plaintiffs,*

*v.*

**UNITED STATES OF AMERICA,**

      *Defendant.*
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Plaintiffs' Motion To Take Deposition of Maria Farmer [ECF No. 101].  The Motion [**ECF No. 101**] is hereby referred to United States Magistrate Judge Ryon M. McCabe for resolution.

**DONE AND ORDERED** in the Southern District of Florida on May 15, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record