UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:25-CV-80880 LIEBOWITZ

JANE DOE 1, et al.,

     *Plaintiffs,*

vs.

UNITED STATES OF AMERICA,

     *Defendant.*

_____/

**NOTICE OF FILING DECLARATION OF ANNIE FARMER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE MARIA FARMER BEFORE THE RULE 26(f) CONFERENCE**

Plaintiffs, JANE DOE 1, et al., hereby give Notice of Filing the Declaration of Annie Farmer, in support of Plaintiffs' Motion for and Memorandum in Support of Leave to Depose Maria Farmer Before the Rule 26(f) Conference Under Rules 26(d)(1) and 30(a)(2)(A)(iii), [DE 101].

                                Respectfully Submitted,

                                */s/ Todd J. Michaels*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so

By: */s/Jordan K. Merson*_____
Jordan Merson, Esq.
Jennifer Plotkin, Esq.
Sam Martin, Esq. (to be admitted pro hac vice)
Nathan Werksman, Esq. (to be admitted pro hac vice)
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone:(212)-603-9100
Facsimile : (347) 441-4171
Email : jmerson@mersonlaw.com
Email : jplotkin@mersonlaw.com

By:  /s/Todd J. Michaels, Esq____ _____

Todd J. Michaels, Esq.
The Haggard Law Firm
 Attorneys for Plaintiffs
330 Alhambra Circle
Coral Gables, FL. 33134 Office: (305) 446-5700
Cell: (305) 775-0339
Email: tmichaels@haggardlawfirm.com

*Counsel for Plaintiffs*

4