## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------x

JANE DOE 1 et. al

        *Plaintiffs*

*v.*

UNITED STATES OF AMERICA

        *Defendant*

-----------------------------------------------------------*X*

*Civ. Act. No. 9-25-cv-80880*

***Declaration of Annie Farmer***

I, Annie Farmer declare the following under penalty of perjury and affirm the contents are true and correct:

1. I declare that I am Maria Farmer's younger sister.

2. Maria was sexually abused by Jeffrey Epstein and Ghislaine Maxwell in Ohio in 1996. At that time, I was a minor.

3. Soon after, Maria returned to New York City where she lived and reported the abuse to the New York Police Department as well as crimes by Epstein and others against me, and what she believed they were doing to other children, including child pornography. The New York Police Department told her that they could not address the scope of crimes she reported, particularly since some of the crimes were committed in other states or locations, and they instructed Maria to report those crimes to the FBI, which she did. In 2006, the FBI reached out to Maria, and she reported Epstein and others to the FBI again. At about that time, I reported the abuse that Epstein and Ghislaine Maxwell inflicted on me to the FBI.

4. It was my and my sister's understanding that the FBI was going to investigate the various reports we made regarding Epstein's child sexual abuse, child pornography, and other crimes, and we relied on the FBI to do so.

6. Over the years, my sister has battled cancer, a brain tumor, and other serious medical conditions. Recently, she was hospitalized for many days, suffered what appears to have been an adrenal crisis, and was diagnosed for the first time with Addison's Disease. We are currently in the process of figuring out her proper care and putting together a treatment plan for her.

7. Maria is currently very ill, and we are very concerned that the taking of her deposition at the present time could well trigger another adrenal crisis. We hope and pray that her condition will improve in the near future.

Annie Farmer (May 28, 2026 10:21:07 PDT)

Annie Farmer

Dated: May 28, 2026