UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80880-CIV-LEIBOWITZ/MCCABE

JANE DOE 1, *et al.,*

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**UNITED STATES OF AMERICA'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH NON-PARTY DEPOSITION SUBPOENA AND FOR PROTECTIVE ORDER**

Defendant, United States of America, by and through the undersigned Assistant United States Attorneys, respectfully file this Notice that it is withdrawing the Motion to Quash Non-Party Deposition Subpoena [D.E. 113].

Plaintiffs have agreed to withdraw the deposition subpoena of Maria Farmer without prejudice. The Parties further agree that a new deposition subpoena will be issued for Ms. Farmer's deposition only after confirmation is received from her counsel that Ms. Farmer's health has improved and she is well enough to sit for a deposition in this matter. As a result, the United States of America respectfully withdraws its Motion to Quash the Non-Party Deposition Subpoena.

Respectfully Submitted,

**JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY**

By:   */s/ Kelsi R. Romero*_____
      KELSI R. ROMERO
      Assistant U.S. Attorney
      United States Attorney's Office
      Southern District of Florida
      Special Bar No. A5502758
      500 East Broward Blvd, Suite 700

1

Fort Lauderdale, FL 33394
Kelsi.Romero@usdoj.gov

Steven R. Petri
Assistant United States Attorney
 Federal Bar No. A5500048
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
(954)660-5799; Fax: (954)356-7180
Email: Steve.Petri@usdoj.gov

2