**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-80880-CIV-LEIBOWITZ/McCABE**

JANE DOE 1, et al.,

      Plaintiffs,

v.

**UNITED STATES OF AMERICA,**

      Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record on behalf of the United States of America. All further pleadings and orders should be addressed to the undersigned counsel.

      Respectfully submitted,

      **JASON A. REDING QUIÑONES**
      **UNITED STATES ATTORNEY**

      *Matthew J. Feeley*
      MATTHEW J. FEELEY
      Assistant U.S. Attorney
      Florida Bar No. 12908
      United States Attorney's Office
      99 N.E. 4th Street, Third Floor
      Miami, Florida 33132
      (305) 961-9235
      Matthew.feeley@usdoj.gov

      *Counsel for United States of America*