

# Merson Law, PLLC

950 Third Avenue, 18th Floor
New York, New York 10022
212-603-9100
Facsimile: 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

# Merson Law, PLLC

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

July 28, 2026

**VIA PACER ECF**
Hon. Ryon M. McCabe
United States District Court
Southern District of Florida
701 Clematis Street
4th Floor
West Palm Beach, Florida 33401

*Re: DOE 1 et al v. United States of America*
*Case No.: 9:25-cv-80880-DSL*

Dear Judge McCabe:

My firm represents the plaintiffs in this matter and in accord with Your Honor's requests at the hearing earlier today, July 28, 2026, plaintiffs do not dispute the authenticity of the articles submitted nor the dates of the SF95's in the declaration of Deborah Edwards (Document 62-1).

While plaintiffs acknowledge Judge Leibowitz's language concerning further amendment of the Complaint, to the extent necessary, plaintiffs are seeking this relief in light of acting Attorney General Todd Blanche's very recent statements to survivors on July 16, 2026, including, but not limited to Maria Farmer's "call was made in 1996," "the case was handled improperly before 2007" and "you got screwed over by the FBI but I cannot fix the FBI's lack of investigation."

Thank you again for Your Honor's time and consideration of these important issues.

Respectfully submitted,

Jordan Merson, Esq.
Attorneys for Plaintiffs
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 603-9100
jmerson@mersonlaw.com