UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80880-CIV-LEIBOWITZ/MCCABE

JANE DOE 1, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_______________________________/

**DEFENDANT'S NOTICE REGARDING**
**PROTECTIVE ORDER AND 30(b)(6) DEPOSITION**

COMES NOW, the Defendant, United States of America, by and through the undersigned Assistant United States Attorneys, and respectfully files this Notice to the Court in compliance with Magistrate Judge McCabe's November 5, 2026, Order requiring the Parties to notify the Court if they were unable to reach an agreement as to a Protective Order and set a date for the 30(b)(6) deposition. [D.E. 150].

The Parties have agreed and set the deposition of the government's 30(b)(6) witness, Daniel Costin, who is the Section Chief of the Violent Crimes Against Children and Human Trafficking Section. The Deposition is set to take place via Zoom on December 15, 2026.

The Parties have been unable to agree on a Protective Order, despite multiple communications back and forth related to the Protective Order. As a result, the United States respectfully requests that this Court enter its standard protective order so that the United States can begin producing documents responsive to the Plaintiffs' discovery requests.

Respectfully submitted,

**YARA LORENZO KLUKAS**

**ACTING UNITED STATES ATTORNEY**

By: */s/ Kelsi R. Romero*
KELSI R. ROMERO
Assistant U.S. Attorney
United States Attorney's Office
Southern District of Florida
Special Bar No. A5502758
500 East Broward Blvd, Suite 700
Fort Lauderdale, FL 33394
kelsi.romero@usdoj.gov

By: *Steven R. Petri*
STEVEN R. PETRI
Deputy Chief, Civil Division
United States Attorney's Office
Federal Bar No. A5500048
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5799
Steve.Petri@usdoj.gov