**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-cv-80880-LEIBOWITZ/MCCABE**

**JANE DOE 1, *et al.*,**

*Plaintiffs,*

*v.*

**UNITED STATES OF AMERICA,**

*Defendant.*
_______________________________________/

**ORDER FOR EXPEDITED RESPONSE**

**THIS CAUSE** is before the Court upon the Objection by Defendant United States of America's to U.S. Magistrate Judge Ryon McCabe's Order on Motion To Quash and Expedited Motion for Stay [ECF No. 154], filed on November 12, 2026. Plaintiffs are ORDERED to file their response to the Objection **no later than 5:00 p.m. EST on Monday, November 16, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on November 13, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record